AO 93  (Rev. 01/09) Search and Seizure Warrant

**FILED**
~~U.S. District Court~~
District of Kansas

# UNITED STATES DISTRICT COURT
for the
District of Kansas

**JAN 2 9 2013**

Clerk, U.S. District Court
By _____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address )*

Any and all Accounts relating to the Google Account:
Allanscott6012@Gmail.com, or any variation thereof,
stored or hosted on servers owned, maintained, or operated
by Google, Inc., 701 Amphitheatre Way, Mountain View,
CA  94043

)
)
)
)
)
)

Case No. 12-m-6221-01-KMH
**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the **District of** California *(identify the person or describe the property to be searched and give its location)*

Any and all Accounts relating to the Google Account:  Allanscott6012@Gmail.com, or any variation thereof, stored or hosted on
servers owned, maintained, or operated by Google, Inc., 701 Amphitheatre Way, Mountain View, CA  94043

The person or property to be searched, described above, is believed to conceal:   *(identify the person or describe the property to be seized)*

See Attachments A & B to Affidavit attached to the Application for Search Warrant

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

**YOU ARE COMMANDED** to execute this warrant on or before        11/23/12
*(not to exceed 10 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person
from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.
The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required
by law and promptly return this warrant and inventory to United States Magistrate Judge  Karen M. Humphreys

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)* ☐ for ____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____

Date and time issued:   11/14/12 @
3:59 p.m.                 Karen M. Humphreys
                          *Judge's signature*

City and state:      Wichita, Kansas            Honorable Karen M. Humphreys, U.S. Magistrate Judge
                                                *Printed name and title*

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>59-1209-0001-I | Date and time warrant executed:<br>11/16/12 @ 11:23A EST | Copy of warrant and inventory left with:<br>Custodian of Records |
| Inventory made in the presence of :<br>SSA Steven Burke | | |
| Inventory of the property taken and name of any person(s) seized: | | |

One (1) CD-ROM and three (3) pages of correspondence from Google, Inc containing contents and associated account information of requested electronic mailbox.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  1/29/13

_Executing officer's signature_

Special Agent Justin Stephen
_Printed name and title_

Karen M. Humphreys
_Judge's signature_

## ATTACHMENT A

### Place to Be Searched

This warrant applies to information associated with *allanscott6012@gmail.com* that is stored at premises controlled by Google, Inc., a company that accepts service of legal process at 1600 Amphitheatre Way, Mountain View, CA 94043.

## ATTACHMENT B

**I.    Information to be disclosed by Google, Inc., (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on or about August 23, 2012, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.    The contents of all e-mails associated with the account, between the dates of February 26, 2012 , and October 12, 2012, inclusive, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

      d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

      e.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## *II.*   **Information to be seized by** *the government*

All information described above in Section I that constitutes fruits, contraband, evidence

and instrumentalities of violations of Title 18 U.S.C. 1343 (Wire Fraud) and Title 31 U.S.C.

333 (Misuse of Department of Treasury, names, seals and symbols) , those violations involving

Allan Scott or others involved in the fraudulent activity and occurring after February 26, 2012,

including, for each account or identifier listed on Attachment A, information pertaining to the

following matters:

(a) Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts;

(b) Communications and records that may establish ownership and control (or the degree thereof) of the email accounts to be searched, including address books, contact or buddy lists, bills, invoices, receipts, registration records, bills, correspondence, notes, records, memoranda, telephone/address books, photographs, video recordings, audio recordings, lists of names, records of payment for access to newsgroups or other online subscription services, and attachments to emails, including documents, pictures, and files,

(c) Communications and records regarding communications between the email account user and the provider's support services including complaints from or about other users, technical problems or billing inquiries;

(d) Communications and records that may be related to the Subject Offenses;

(c) Communications and records regarding financial transactions that may reflect the transfer of proceeds of the Subject Offenses;

(f) Communications and records that may show persons, corporations or other artificial entities that may be holding proceeds of the Subject Offenses;

(g) Communications and records that may show co-conspirators of the Subject Offenses and their roles;

(h) Records regarding chat forum discussions that may pertain to the Subject Offenses;

(i) Communications and records that evidence other email accounts that may relate to the Subject Offenses;

(j) Communications and records that may show motivation for engaging in the Subject Offenses; and

(k) Communications and records regarding the Subject Offenses.

AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

FILED
U.S. District Court
District of Kansas

for the

JAN **2 9** 2013

District of Kansas

Clerk, U.S. District Court
By _____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Any and all Accounts relating to the Google Account: Allanscott6012@Gmail.com, or
any variation thereof, stored or hosted on servers owned, maintained, or operated by
Google, Inc., 701 Amphitheatre Way, Mountain View, CA 94043

)
)
)
)
)
)

Case No. *12-m-6221-01-KMH*

FILED UNDER SEAL

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ Mountain View _____ District of _____ California _____ *(identify the person or describe property to be searched and give its location):*

Any and all Accounts relating to the Google Account: Allanscott6012@Gmail.com, or any variation thereof, stored or hosted on servers owned, maintained, or operated by Google, Inc., 701 Amphitheatre Way, Mountain View, CA 94043

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See attached Affidavit - Attachments A & B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of _18_ U.S.C. § _1343_ , and the application is based on these
facts: _and 31_ U.S.C. § _333_

☑ Continued on the attached sheet. (see attached affidavit of probable cause)

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_Applicant's signature_

Justin Stephen, Special Agent, U.S. Treasury
_Printed name and title_ Inspector General for
Tax Administration

Sworn to before me and signed in my presence.

Date: 11/13/12
11/14/12

_Judge's signature_

City and state: Wichita, Kansas

Honorable Karen M. Humphreys, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANY AND ALL ACCOUNTS RELATING TO THE GOOGLE ACCOUNT: ALLANSCOTT6012@GMAIL.COM, OR ANY VARIATION THEREOF, STORED OR HOSTED ON SERVERS OWNED, MAINTAINED, OR OPERATED BY GOOGLE, INC., 701 AMPHITHEATRE WAY, MOUNTAIN VIEW, CA 94043. | Magistrate No. _12-m-6221-01-KMH_ <br><br> **UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

I, Special Agent Justin Stephen, being first duly sworn, hereby depose and state as

follows:

### INTRODUCTION

1.     I make this affidavit in support of an application for a search warrant for files

associated with the e-mail address / account *allanscott3865@gmail.com*, which is hosted on

servers owned, maintained, and/or operated by Google, Inc. (hereinafter "GOOGLE"),

headquartered at 1600 Amphitheatre Way, Mountain View, CA 94043.  As set forth herein, there

is probable cause to believe that the subject account is used to facilitate the theft of monies

through a scheme purporting to charge fees for collection of fraudulent lottery winnings, and

that, therefore, there is probable cause to believe that on the computer systems of GOOGLE,

there exists evidence, fruits, and instrumentalities of violations of Title 18, United States Code,

Sections 1343 (Wire Fraud) and Title 31, United States Code, Section 333 (Misuse of

Department of the Treasury names, symbols, etc.)**.**

**AGENT BACKGROUND**

2.      I am a Special Agent with the U.S. Department of the Treasury, Treasury
Inspector General for Tax Administration ("TIGTA").  TIGTA is tasked with ensuring the
integrity of the IRS and its infrastructure security and protecting the Internal Revenue Service
("IRS") against external attempts to corrupt tax administration.  I am assigned as a Criminal
Investigator within TIGTA's Electronic Crimes and Intelligence Division, whose mission is
focused solely on communications and computer network related investigations.  I have been
employed by TIGTA since September 2008.

3.      I am a graduate of the Criminal Investigator Training Program ("CITP") at the
Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia.  I attended the
Digital Evidence Acquisition Specialist Training Program ("DEASTP"), the Seized Computer
Evidence Recovery Specialist ("SCERS") program and Financial Forensics Techniques Training
Program ("FFTTP") at the FLETC.  I have also attended the Computer Incident Responders
Course ("CIRC") at the Department of Defense, Defense Cyber Investigations Training
Academy ("DCITA").  DCITA is accredited through the Council of Occupational Education
("COE").  Recognized by the U.S. Department of Education, COE's mission is to assure quality
training in career and technical development.  In the course of my employment with the federal
government as a computer crimes investigator, I have received training in interviewing and
interrogation techniques, arrest procedures, search warrant applications, the execution of
searches and seizures, computer crimes, computer evidence identification, computer evidence

2

seizure and processing, and various criminal laws and procedures. I am a member in good standing of the International High Technology Crime Investigation Association.

## SOURCE OF INFORMATION CONTAINED HEREIN

4.      The facts set forth in this affidavit are based upon my personal knowledge, knowledge obtained during my participation in this investigation and from other individuals including my review of documents, and computer records related to this investigation, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit does not contain all of the information known to me regarding this investigation. I have included in this affidavit facts that I believe are sufficient to support a probable cause finding for the issuance of the requested warrant but I do not purport to include each and every matter of fact observed or known to me or other law enforcement agents involved in this investigation.

## SUMMARY OF PROBABLE CAUSE

5.      On August 23, 2012 TIGTA ECID initiated an investigation based on information originally received from the Internal Revenue Service ("IRS"), Computer Security Incident Response Center ("CSIRC"). The CSIRC complaint alleged victimization of Grace P. B. (hereinafter, "the victim"), a resident of the State of Kansas, through a scheme involving the transfer of funds solicited via a variety of e-mail and telephone communications.

6.      The scheme utilized in this case is a variant of a "Nigerian 419" pre-payment fraud scheme, designed to contact potential victims through e-mail, notifying them that they are an intended recipient of a large sum of money and/or valuable merchandise. Those who respond

3

to the initial e-mails are then told that they must pay various fees and taxes in order to acquire the funds that are intended for them. The schemes are drawn out over long periods of time and the victims are constantly told that payment of the next fee will result in the delivery of the large quantity of funds originally promised.

7.     These "Nigerian 419" pre-payment fraud schemes frequently use "blast" e-mails, those being emails sent to a large number of e-mail addresses at once, in order to reach potential victims. In my training and experience, the subject account was likely to have been used to send one or more "blast" e-mails to lists of potential victim e-mail addresses as well as to communicate with additional as of yet unidentified victims of the fraud scheme.

8.     The victim was initially contacted via e-mail on February 26, 2012 from the e-mail account *allanscott6012@hotmail.com* by someone claiming to be "Eng Allan Scott" ("Scott"), an American citizen working within the petroleum industry in Iraq. "Scott" told the victim that he needed her assistance in transferring $6.5 million dollars to the United States and that her assistance would earn her a thirty percent share of these funds ($1.95 million dollars). "Scott" also advised that he was in possession of a "consignment box" intended for the victim that had been in possession of a deceased but unspecified relative of the victim. Subsequent communications to the victim from "Scott", totaling more than 1,080 e-mail messages through October 10, 2012, occurred from the e-mail accounts *allanscott6012@gmail.com* and *allanscott3865@gmail.com*, and were intended to perpetuate the victim's belief that "Scott" was a real person and that the promised funds were legitimate.

4

9.      The victim also received more than 200 e-mails between the dates February 28, 2012 through October 8, 2012 from *morgantrust@w.cn* from someone claiming to be "Diplomat Roy Smith" ("Smith") of "Morgan Trust" of London, United Kingdom, who claimed to be in possession of the "consignment box" described to the victim by "Scott". "Smith" continuously advised the victim of various payments that were due in order for him to be able to deliver the "box" to her. These payments included fictitious fees for United Nations anti-terrorism and anti-narcotics certificates, payments for insurance, fines related to x-ray examinations of the "box" and taxes. Under specific instructions from "Smith", the victim made a total of at least 21 unique payments through wire transfer or bank deposit totaling losses to the victim of at least $64,995. "Smith" also called the victim at her home on at least two occasions in late February or early March, 2012.

10.     Beginning on June 27, 2012, the victim also received at least three e-mails from *internal_service@live.com*, from someone claiming to be "Paul Gilbert" ("Gilbert") of the United States Internal Revenue Service, London, United Kingdon office. "Gilbert" claimed to be attempting to collect a total of $15,500 in taxes that the victim owed the United States government related to the funds she was to receive from "Scott". "Gilbert" provided the victim a letter bearing the Internal Revenue Service seal in furtherance of the attempt to compel the victim to pay this amount. The misuse of the Internal Revenue Service seal as well as the multiple fraudulent claims within communications to the victim that "Gilbert" represented the "Internal Revenue Service" constituted criminal violations of  Title 31, United States Code, Section 333.

11.     Statements provided by the victim during multiple interviews as well as both document and electronic evidence provided by the victim revealed that the e-mail account *allanscott6012@gmail.com* was used to support illicit activity and likely contains additional information related to the perpetrator(s) of the identified illicit activity.

## *TECHNICAL BACKGROUND*

12.     Based on my training and experience, I have learned that the following is typically true of free e-mail providers, including GOOGLE:

(A)     GOOGLE provides an e-mail service which is generally available free of charge to Internet users.  Subscribers obtain an account by registering on the Internet with the free e-mail provider.  GOOGLE typically requests that subscribers provide basic information, such as name, gender, zip code and other personal/biographical information.  However, to the best of my knowledge, GOOGLE does not verify the registration information provided;

(B)     GOOGLE maintains electronic records pertaining to the individuals and companies for which they maintain subscriber accounts.  These records include account access information, e-mail transaction information, and account application information;

(C)     Subscribers to GOOGLE can access their accounts on servers maintained and/or owned by GOOGLE from computers connected to the Internet around the world;

(D)     A GOOGLE subscriber seeking to send e-mail can use a web-base interface to log into the account, type the message, and then submit it to GOOGLE's mail servers for transmission to its recipient(s).  Similarly, a GOOGLE subscriber seeking to

6

read a received message can use a web-based interface to log into the account and

view the message on GOOGLE servers; and

(E)     Subscribers to web-based email services, such as GOOGLE, typically may elect

to download and store on their own personal computers copies of email messages,

images, or other files sent or received via the account.  In addition to, or instead

of, downloading such data to a local computer, a web-based email subscriber may

elect to remotely store copies of email messages, images, or other files sent or

received via the account on the provider's servers for subsequent retrieval.

Accordingly, a search of the files in the computer in a subscriber's residence will

not necessarily uncover the files that the subscriber has stored on the GOOGLE

server and vice versa.

(F)     As a federal agent, I am trained and experienced in identifying communications

relevant to the crimes under investigation.  The personnel of GOOGLE may not

be.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

13.    This warrant will be executed in compliance with the Electronic Communications

Privacy Act.  Specifically, the warrants will require GOOGLE to disclose to the government a

copy of the records and other information (including the content of communications, if any)

particularly described in Attachment B.  Upon receipt of the information described in

Attachment B, the information described in Attachment C, which includes the contents of any

and all wire and electronic communications, attachments, stored files, print outs, and header

information that contain evidence, fruits, and instrumentalities of violations of Title 18, United

7

States Code, Sections 1343 (Wire Fraud) and Title 31, United States Code, Section 333
(Mmisuse of Department of the Treasury names, symbols, etc.), including but not limited to
communications that contain personal information from victims, such as social security numbers,
credit or debit card numbers, and or other sensitive personal or financial information, as well as
the contents of any such communications that will assist investigators in ascertaining the nature
and scope of the crimes under investigation, the true identity and or location of the subjects and
their co-conspirators, and any disposition of the proceeds of the crimes under investigation, will
be subject to seizure by law enforcement

## CONCLUSION

14.     Based upon my training and experience, and the information set forth above, there
is probable cause to believe that in the subject account, which is hosted on servers owned,
maintained, and/or operated by GOOGLE, headquartered at 1600 Amphitheatre Way, Mountain
View, CA 94043, there exists evidence, fruits, and instrumentalities of federal criminal
violations, namely, Title 18, United States Code, Sections 1343 (Fraud by wire) and Title 31,
United States Code, Section 333 (Prohibition of misuse of Department of the Treasury names,
symbols, etc.). By this affidavit and application, I request that the Court issue a search warrant
directed to GOOGLE requiring it to disclose to the government the information described in
Attachment B and thereafter authorizing the government to seize the information described in
Attachment C.

15.     This Court has jurisdiction to issue the requested warrant because it is "a court
with jurisdiction over the offense under investigation." 18 U.S.C. § 2703(a).

8

16.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

### REQUEST FOR SEALING

17.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including this affidavit, the application, and the search warrant itself, except that a copy of the search warrant and Attachments A, B, and C will be served upon GOOGLE in the course of executing the warrant. I believe that sealing this document is necessary because the accounts to be searched are relevant to an ongoing investigation into the criminal activities described herein. Based upon my training and experience, I have learned that, online criminals actively search for criminal affidavits and search warrants via the Internet and disseminate such documents to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums. Once posted online, the criminals then publicly engage in an ongoing dialogue, discussing law enforcement tactics and procedures for targeting online criminals engaged in fraud and related criminal activities. In other words, premature disclosure of the contents of this affidavit and related

documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

_____
Justin Stephen
Special Agent
U.S. Treasury Inspector General for Tax Administration

Subscribed and sworn to before me on __14th__ November, 2012

HONORABLE KAREN M. HUMPHREYS
UNITED STATES MAGISTRATE JUDGE

1

## **ATTACHMENT A**

### **Place to Be Searched**

This warrant applies to information associated with *allanscott6012@gmail.com* that is stored at premises controlled by Google, Inc., a company that accepts service of legal process at 1600 Amphitheatre Way, Mountain View, CA 94043.

## ATTACHMENT B

### I.    Information to be disclosed by Google, Inc., (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on or about August 23, 2012, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.     The contents of all e-mails associated with the account, between the dates of February 26, 2012 , and October 12, 2012, inclusive, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.     The types of service utilized;

d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II.   Information to be seized by *the government*

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of  Title 18 U.S.C. 1343 (Wire Fraud) and  Title 31 U.S.C. 333 (Misuse of Department of Treasury, names, seals and symbols) , those violations involving Allan Scott or others involved in the fraudulent activity and occurring after February 26, 2012, including, for each account or identifier listed on  Attachment A, information pertaining to the following matters:

(a) Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts;

(b) Communications and records that may establish ownership and control (or the degree thereof) of the email accounts to be searched, including address books, contact or buddy lists, bills, invoices, receipts, registration records, bills, correspondence, notes, records, memoranda, telephone/address books, photographs, video recordings, audio recordings, lists of names, records of payment for access to newsgroups or other online subscription services, and attachments to emails, including documents, pictures, and files,

(c) Communications and records regarding communications between the email account user and the provider's support services including complaints from or about other users, technical problems or billing inquiries;

(d) Communications and records that may be related to the Subject Offenses;

(e) Communications and records regarding financial transactions that may reflect the transfer of proceeds of the Subject Offenses;

(f) Communications and records that may show persons, corporations or other artificial entities that may be holding proceeds of the Subject Offenses;

(g) Communications and records that may show co-conspirators of the Subject Offenses and their roles;

(h) Records regarding chat forum discussions that may pertain to the Subject Offenses;

(i) Communications and records that evidence other email accounts that may relate to the Subject Offenses;

(j) Communications and records that may show motivation for engaging in the Subject Offenses; and

(k) Communications and records regarding the Subject Offenses.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

      I, _____, attest, under penalties of perjury under the laws of the United

States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.

I am employed by Google, Inc., and my official title is _____. I am a custodian of

records for Google, Inc. I state that each of the records attached hereto is the original record or a true duplicate of

the original record in the custody of Google, Inc., and that I am the custodian of the attached records consisting of

_____ (pages/CDs/kilobytes). I further state that:

      a.     all records attached to this certificate were made at or near the time of the occurrence of the matter

set forth, by, or from information transmitted by, a person with knowledge of those matters;

      b.     such records were kept in the ordinary course of a regularly conducted business activity of Google,

Inc.; and

      c.     such records were made by Google, Inc. as a regular practice.

      I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____

Date                  Signature